UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LYNN HONEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　　　　Defendant. | Case No.: 3:20-cv-00700-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND TO AGENCY AND ENTRY OF JUDGMENT**<br><br>**[ECF No. 24]** |

　　　Plaintiff and Defendant jointly moved to remand the above-captioned case for further administrative proceedings pursuant to 42 U.S.C. § 405(g).  ECF No. 24.  IT IS HEREBY ORDERED that the matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision.  The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, against Defendant, reversing the final decision of the Commissioner.

　　　**IT IS SO ORDERED.**

　　　Dated: April 14, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　United States District Judge